# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PEREZ, | No. ED CV 25-2462-ODW(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| DEPARTMENT OF HOMELAND SECURITY, | |
|     Respondent. | |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: December 11, 2025

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE